UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHARLEY RENNA,

      Plaintiff,

vs.

JOHN FITZGERALD,

      Defendant.

---

**COMPLAINT**

3:23 CV 1232 (BKS/ML)

Plaintiff CHARLEY RENNA, by and through her attorneys, Schlather, Stumbar, Parks & Salk, LLP, as and for her Complaint against the defendant JOHN FITZGERALD, alleges:

## **PARTIES**

1. At all times pertinent herein, plaintiff Charley Renna (hereinafter, "plaintiff") was a permanent residence of 87 Fuchsia, Lake Forest, California 92360.

2. Upon information and belief, at all times pertinent herein, the defendant John Fitzgerald ("defendant") was and is a resident of Tompkins County in New York State, residing at or about 1561 Taughannock Blvd., Ithaca, New York 14850.

3. At all times pertinent, defendant was the owner, driver, insured and registrant of a certain Jeep Suburban registered in the State of New York and bearing license plate number KFX7297 (hereinafter, the "Jeep").

4. At all times pertinent, John Fitzgerald was the sole operator of the aforesaid Jeep.

## JURISDICTION

5. Jurisdiction is based upon diversity of citizenship pursuant to 28 U.S.C. 1332 and related provisions because the parties (plaintiff from the State of California and defendant from the State of New York) are completely diverse and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this claim occurred in this district.

## THE COLLISION

7. On Friday October 7, 2022 at approximately 12:30 p.m., plaintiff was a passenger in a Mazda bearing license plate number 8CFU796 (hereinafter, the "Mazda"), owned by plaintiff and registered and insured in the State of California.

8. At this time of approximately 12:30 p.m., the Mazda was operated by plaintiff's boyfriend, Dustin K. Norman.

9. At this time, plaintiff was on Cascadilla Street in the City of Ithaca, New York.

10. At this time, Mr. Norman, driving westbound on Cascadilla Street, yielded to an emergency vehicle that was traveling from North to South on North Fulton Street at or near the intersection of Cascadilla Street and North Fulton Street.

11. The weather was clear during the timeframe at issue.

12. At all times pertinent, plaintiff was properly secured by her seatbelt and related shoulder harness.

13. Then and there, with no prior warning, defendant driving his Jeep, struck the vehicle driven by Mr. Norman and occupied by the plaintiff, from behind, causing plaintiff's

head and face to violently collide with the dashboard and related components of Mr. Norman's vehicle.

14. Then and there, during said collision, defendant caused proximately caused the injuries of plaintiff described herein.

15. This crash and the resulting injuries to plaintiff were caused solely by the negligence and recklessness of the defendant, and without negligence or recklessness on the part of the plaintiff contributing thereto.

16. One or more of the exemptions set forth in the New York CPLR Section 1602 and related limited liability provisions of law apply, to wit: CPLR Section 1602 (6) (motor vehicle accident) and Section 1602 (7) (injuries caused by reckless disregard for safety of others).

17. The defendant was reckless and negligent in the premises in that, among other things, the defendant: followed a vehicle too closely; failed to follow traffic signals and signs; failed to yield to surrounding traffic; failed to yield to an emergency vehicle; failed to drive reasonably and safely; caused or permitted this accident without prior warning; proceeded at a speed not reasonable and prudent under the circumstances; failed to maintain a proper lookout; failed to obey the rules of the road; failed to operate the braking and steering mechanism of the vehicle so as to avoid this collision; operated his Jeep in a manner which unreasonably interfered with the free and proper use of the public highway and unreasonably endangered the users of this public highway; failed to maintain said vehicle under proper control; failed to use the necessary care and precautions which the particular circumstances required; failed to conduct himself as reasonable and prudent persons would under comparable circumstance; and otherwise was reckless and negligent in the premises.

18. As a result of the foregoing, the plaintiff sustained serious and permanent personal injuries and damages, including but not limited to: nasal fracture and related damage necessitating surgical intervention; disfigurement and scarring; damage to pre-existing repairs and modification to plaintiff's nose; concussion; loss of enjoyment of life, activities and related injuries; loss of household services; pain and suffering, including persistent pain; permanent sequellae of such injuries and symptoms thereof; loss of vocational abilities; loss of career opportunities; mental anguish; loss of educational services, including needing to take medical leave from Cornell University Law School; loss of tuition payment to same Law School; loss and inconvenience due to injuries; economic loss; out-of-pocket expenses, past and future; and plaintiff otherwise has been damaged in the premises.

19. As a result of the foregoing, plaintiff sustained serious injuries as that term is defined in Section 5102 (d) of the New York Insurance Law and related provisions of the law.

20. As a result of the foregoing, the plaintiff has been damaged in an amount which exceeds the jurisdictional limits of all lower Courts which otherwise would have jurisdiction of this action, the precise amount of which is to be established by a jury at trial, and demands judgment accordingly.

## **DEMAND FOR JURY TRIAL**

Pursuant to FRCP Rule 38 and related provisions of law, plaintiff demands trial by jury of all issues so triable.

**WHEREFORE,** plaintiff demands judgment as follows: Against defendant JOHN FITZGERALD in the sum of ONE MILLION, FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00), together with the costs and disbursements of this action.

DATED:     October 3, 2023

_____
RAYMOND M. SCHLATHER, ESQ.
USDC NDNY Bar Roll #501364
Attorney for Plaintiffs
SCHLATHER, STUMBAR, PARKS & SALK, LLP
200 East Buffalo Street
Ithaca, New York 14851-0353
Tel: (607) 273-2202
Fax: (607) 273-4436
Email: ray@ithacalaw.com