UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHARLEY RENNA,

        Plaintiff,

v.

JOHN FITZGERALD,

        Defendant.

**STIPULATION OF DISCONTINUANCE**

Index No. 3:23-cv-1232

---

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for all parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, including any counterclaims or cross claims in the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

    This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    January 22, 2025
             Buffalo, New York

_____
Attorneys for Plaintiff
JACOB P. MCNAMARA, ESQ
SCHLATHER, STUMBAR,
PARKS & SALK, LLP
200 East Buffalo Street
Ithaca, New York 14851-0353

_____
Attorneys for Defendant
Philip C. Barth, III
Barth Condren LLP
367 Linwood Avenue
Buffalo, NY 14209

IT IS SO ORDERED:

_____
Elizabeth C. Coombe
U.S. District Judge
Dated: 3/12/2025
Syracuse, NY